UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARCO ANTONIO ORTIZ LOPEZ,

Petitioner,

v.

CAUSE NO. 3:26cv667 DRL-SJF

BRIAN ENGLISH *et al.*,

Respondents.

ORDER

Immigration detainee Marco Antonio Ortiz Lopez, by counsel, moves to voluntarily dismiss his habeas corpus petition without prejudice. He says he was recently granted voluntary departure and does not wish to pursue habeas relief at this time. In the interest of justice, the motion will be granted.

For these reasons, this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close the case.

SO ORDERED.

June 17, 2026

*s/ Damon R. Leichty*
Judge, United States District Court